IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JORGE RIVERA and JENNIFER RIVERA, individually and on behalf of their minor child, J.R.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; KIRK UEMURA; ARTIE KENDALL; and DOE DEFENDANTS 1—10,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00458-HG-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**AMENDED CERTIFICATE OF SERVICE** |

AMENDED CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that on January 16, 2021, true and correct copies of the foregoing documents were electronically transmitted to the Clerk's Office using the CM/ECF System, which will notify all counsel of record of such filing. Additionally, on January 16, 2020, true and correct copies of the foregoing documents were mailed to the following parties at their last known address:

　　Kirk Uemura
　　44-150 Nanamoana Street
　　Kaneohe, HI 96744

　　Artie Kendall
　　46-161 Nona Loop
　　Kaneohe, HI 96744

DATED: Honolulu, Hawaii, January 16, 2021.

                                              /s/ Mateo Caballero
                                              MATEO CABALLERO
                                              ACLU of Hawaii Foundation
                                              *Attorney for Plaintiffs*