MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00458-HG-RT |
| CASE NAME: | Jorge Rivera, et al. v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Eric Seitz<br>Kevin Yolken<br>Jongwook Kim |
| ATTYS FOR DEFT: | Donovan Odo<br>Steven Atwell<br>Artie Kendall (*pro se*)<br>Kirk Uemura (*pro se*) |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 01/29/2021 | TIME: | 10:00 - 10:55 a.m.<br>11:30 - 2:55 p.m. |
| | | AT&T: | 2:55 - 3:10 p.m. |

COURT ACTION:   EP: CONFIDENTIAL TELEPHONIC EARLY SETTLEMENT CONFERENCE and SETTLEMENT ON RECORD held.

Plaintiffs, Jorge and Jenna Rivera, participated by telephone.

Settlement Conference (10:00 - 10:55 a.m., 11:30 - 2:55 p.m.):

Discussion had.

Settlement on the Record (2:55 - 3:10 p.m.):

Court recited the **material and essential** terms of the settlement.

Parties, through counsel, **confirmed and consented** to the settlement terms.

Settlement terms subject to approval by Honolulu City Council ("Council").

Settlement **terms** to remain **confidential** until approved by the Council.  Defendant City and County of Honolulu to file a notice of approval by the Council so that the Court may unseal the record and transcript of this proceeding.  During the interim, the audio recording and transcript of

this hearing shall be sealed.  Counsel and the parties, however, shall be permitted access without further court order.

Court finds the essential terms of a **valid and binding settlement agreement** have been set forth.

**Stipulated Dismissal With Prejudice** due by 4/29/2021.

Trial date and all further **deadlines and court dates are vacated**.

Confidential Telephone Conference set for 5/18/2021 at 9:30 a.m. before Magistrate Judge Trader.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference/hearing. Call-in instructions are below:

1. Dial  **1-888-363-4735**
2. Enter Access Code **2070326**.

Should the stipulation to dismiss be received prior, the Court will vacate this conference.


*Submitted by: Lian Abernathy, Courtroom Manager*