ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| DELLA A. BELATTI | 7945 |
| GINA SZETO-WONG | 10515 |
| JONATHAN M.F. LOO | 10874 |
| KEVIN A. YOLKEN | 10987 |

820 Mililani Street, Suite 502
Honolulu, HI 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail(s):   eseitzatty@yahoo.com
             daubelatti@yahoo.com
             szetogina@gmail.com
             jloo33138@yahoo.com
             kevinyolken@gmail.com

REVERE & ASSOCIATES
A Limited Liability Law Company

TERRANCE M. REVERE 5857
Pali Palms Plaza
970 North Kalaheo Street, Suite A301
Kailua, Hawaii 96734
Telephone No: (808) 791-9550
Facsimile No: (808) 791-9551
E-mail(s):   terry@revereandassociates.com

ACLU OF HAWAII FOUNDATION
JONGWOOK "WOOKIE" KIM 11020
MATEO CABALLERO 10081
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone: (808) 522-5908
E-mail(s):   wkim@acluhawaii.org
             mcaballero@acluhawaii.org

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
21 MAY -5 P1 :47

Attorneys for Plaintiffs
JORGE RIVERA AND JENNIFER RIVERA, INDIVIDUALLY,
AND ON BEHALF OF THEIR MINOR CHILD, J.R.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JORGE RIVERA AND JENNIFER RIVERA, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, J.R.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; KIRK UEMURA; ARTIE KENDALL; and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 20-00458<br>(Other Civil Rights)<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU AND ORDER |

STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH
PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the

parties hereto, through their respective undersigned counsel, pursuant to Rule

41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, that all claims alleged

2

against Defendant CITY AND COUNTY OF HONOLULU are hereby dismissed with prejudice, each party to bear his/its own fees and costs. There are no remaining claims in this case. This Stipulation is signed by all parties in this action.

DATED: Honolulu, Hawai'i, May 4, 2021.

_____
ERIC A. SEITZ
TERRANCE M. REVERE
JONGWOOK "WOOKIE" KIM
Attorneys for Plaintiffs

DATED: Honolulu, Hawai'i, May 5, 2021.

DANA M.O. VIOLA
Corporation Counsel Designate

By _____
DONOVAN A. ODO
STEPHEN ATWELL
Deputies Corporation Counsel
Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*JORGE RIVERA AND JENNIFER RIVERA v. CITY AND COUNTY OF HONOLULU, ET AL*, CIVIL NO. 20-00458, STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AS TO DEFENDANTS KIRK UEMURA AND ARTIE KENDALL